Case 6:14-cv-03451-RTH-PJH   Document 11   Filed 06/25/15   Page 1 of 1 PageID #:  60

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED    LAFAYETTE

JUN 25 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

TYRONE LARTIGUE, JR.                         CIVIL ACTION NO. 6:14-cv-03451
LA. DOC 536795                               SECTION P

VERSUS                                       JUDGE HAIK

WARDEN TIM KEITH                             MAGISTRATE JUDGE HANNA


**JUDGMENT**


This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation.  After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's civil action is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

Lafayette, Louisiana, this 24th day of _____June_____, 2015.


Richard T. Haik
United States District Judge